[No. 18454–7–I.   Division One.   September 29, 1986.]

THE CITY OF SEATTLE, *Respondent*, v. WENDY R. HAKAM, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–01914–4, James D. McCutcheon, Jr., J., entered April 11, 1986. *Reversed* by unpublished per curiam opinion.

[Nos. 16930–1–I; 17561–1–I.   Division One.   September 29, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH M. ALLEN, *Appellant*.

*In the Matter of the Personal Restraint of* JOSEPH M. ALLEN, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00058–1, Paul D. Hansen, J., entered July 22, 1985, together with a petition for relief from personal restraint. Judgment *reversed in part* and *remanded* and petition *granted* by unpublished per curiam opinion.

[No. 16176–8–I.   Division One.   September 29, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT ANTHONY SUMMERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–8–03658–5, Anthony P. Wartnik, J., entered March 8, 1985. *Reversed* by unpublished opinion per Scholfield, C.J., concurred in by Grosse, J., Coleman, J., dissenting. Now published at 45 Wn. App. 761.